IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>NEREUS SUTKO,<br><br>　　　　　　　Defendant. | 8:19CR174<br><br>ORDER |

　　　　This matter is before the court on the motion of Attorney Adam J. Sipple to withdraw as counsel for the defendant, Nereus Sutko. (Filing No. 49). Adam J. Sipple represents that he has accepted employment with the Nebraska ACLU and consequently cannot continue representation of the defendant. Adam J. Sipple's motion to withdraw (Filing No. 49) is granted.

　　　　Federal Public Defender Michael J. Hansen, 222 South 15th Street, Suite 300N, One Central Park Plaza, Omaha, Nebraska 68102, (402) 221-7896, is re-appointed to represent Nereus Sutko for the balance of these proceedings pursuant to the Criminal Justice Act. Adam J. Sipple shall forthwith provide Michael J. Hansen with the discovery materials provided the defendant by the government and such other materials obtained by Adam J. Sipple which are material to Nereus Sutko's defense.

　　　　The clerk shall provide a copy of this order to Michael J. Hansen.

　　　　**IT IS SO ORDERED.**

　　　　Dated this 9th day of January, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　s/ Michael D. Nelson
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge