IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:19-CR-174 |
| vs. | |
| NEREUS SUTKO, | ORDER |
| Defendant. | |

On June 23, 2020, the Court entered a final order of forfeiture (filing 82) directing the government to sell the defendant's boat and vehicle, pay a lender with a security interest in the vehicle, and then apply the net proceeds to the forfeiture money judgment against the defendant. The Court has now been advised, by the U.S. Marshals Service, that the net equity resulting from the sale was $20,471.56. The Court has also been advised that the Justice Department has approved the U.S. Attorney's restoration request seeking permission to forward the proceeds of forfeiture to the Clerk of the Court to be paid toward the defendant's restitution obligation. And pursuant to the Justice Department's Asset Forfeiture Manual, the amount of $20,471.56 has been sent to the Clerk of the Court. *See* U.S. Dep't of Just., Asset Forfeiture Pol'y Manual, ch. 14, § II(B) (2023). Accordingly,

IT IS ORDERED that the Clerk of the Court accept the remitted funds and apply those funds to the defendant's restitution balance.

Dated this 27th day of March, 2023.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge